The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )     NO.  CR05-233P
                Plaintiff,       )
                                )
        v.                       )     ORDER GRANTING
                                )     STIPULATED MOTION TO
HASSAN KHALEGHI,                 )     CONTINUE
                                )
                Defendant.       )
_____)

THIS MATTER, comes before the Court on the stipulated motion of the parties to extend the trial date and the motions cutoff.  For the reasons set forth in that stipulation, which are incorporated herein by this reference, the Court finds that granting the requested continuance would serve the ends of justice.  Accordingly, now, therefore it is hereby

ORDERED that the trial date in this matter is continued to <u>November 7</u>, 2005.

ORDERED that the motion deadline in this matter is continued to <u>September 6.</u> 2005.

ORDERED that the period of delay resulting from this continuance, from August 15, 2005, until <u>November 7</u>, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §§ 3161(h)(8)(A) and (B).

Defendant will file a written waiver of his speedy trial rights within five (5) days of

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE - 1
(Khaleghi, CR05-233P)

the filing of this Order.

Done this 5th day of August, 2005.

/S/Marsha J. Pechman
THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

Presented By:

JOHN McKAY
United States Attorney

/s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
Assistant United States Attorney

Approved as to Form, Notice of Presentation Waived

/s/ Thomas W. Hillier, II (by telephone authority)
THOMAS W. HILLIER, II
Assistant Federal Public Defender
Counsel for Defendant Hassan Khaleghi

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE - 2
(Khaleghi, CR05-233P)